AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| United States of America | ) | |
| v. | ) | |
| - 02 Irving Aaron RODRIGUEZ-Solis | ) | Case No.  M-19- 1133- M- 02 |
| YOB: 1995 | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 16, 2019 _____ in the county of _____ Hidalgo _____ in the

_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 554 | Did knowingly and unlawfully export or attempt to export from the United States, any merchandise, article, or object, to wit: 3000 rounds of 7.62 x 39 caliber ammunition, as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendants had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Sections 121.1,123.1, 127.1 and 127.3 all in violation of Title 18, United States Code, Section 554. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Approved by AUSA Andrew Henning*

*5/17/19 @ 8:30am*

_____
Complainant's signature

Ryan McTaggart Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 5/17/19 - 9:14a.b. _____

_____
Judge's signature

City and state: _____ McAllen, Texas _____

Juan F. Alanis United States Magistrate Judge
*Printed name and title*

Attachment "A"

On May 16, 2019, Homeland Security Investigations (HSI) Special Agents (SA) seized ammunition from a cooperating defendant (CD) in McAllen, Texas, after the CD admitted to SAs that the ammunition was intended to be smuggled into Mexico.

On May 16, 2019, the CD contacted a male, later identified as Irving Aaron RODRIGUEZ Solis (hereafter referred to as RODRIGUEZ Solis) and advised RODRIGUEZ Solis that the ammunition was ready to be picked up and RODRIGUEZ Solis stated RODRIGUEZ Solis would meet with the CD to take possession of the ammunition.

On May 16, 2019, RODRIGUEZ Solis arrived to meet with the CD in McAllen, Texas, in a vehicle bearing Mexican License Plates.  RODRIGUEZ Solis took possession of the ammunition and departed from the area at a high rate of speed.  Surveillance was maintained of RODRIGUEZ Solis and RODRIGUEZ Solis was observed driving in an erratic manner.  After observing RODRIGUEZ Solis vehicle make a turn, failing to yield the right of way to oncoming traffic an unmarked Texas Department of Public Safety vehicle initiated a traffic stop on RODRIGUEZ Solis.

SAs made contact with RODRIGUEZ Solis and RODRIGUEZ Solis stated RODRIGUEZ Solis was a citizen of Mexico who had ammunition inside of RODRIGUEZ Solis vehicle.

On May 16, 2019, RODRIGUEZ Solis, under rights advisement and waiver, stated RODRIGUEZ Solis was recruited, by an unnamed co-conspirator in Mexico, to store ammunition which was intended to be smuggled into Mexico by an unnamed co-conspirator.

RODRIGUEZ Solis stated RODRIGUEZ Solis knew it was illegal to smuggle ammunition into Mexico and RODRIGUEZ Solis had previously stored ammunition for the unnamed co-conspirator in Mexico on at least two (2) occasions.

According to the Department of State, Office of Defense Trade Controls Compliance (DTCC), 7.62 x 39 caliber ammunition is determined to be a defense article described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (22 U.S.C. 2778).